IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTONIO TAVARUS JONES,

        Appellant,

 v.
                            Case No. 5D23-1077
                            LT Case No. 2008-CF-010501-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed July 11, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Kevin Blazs, Judge.

Antonio Tavarus Jones, Cross City,
pro se.

Ashley Moody, Attorney General, and
Daren L. Shippy, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EISNAUGLE and BOATWRIGHT, JJ., concur.